UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| RAYMOND COBB, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:14-CV-00022 |
| | § | |
| CLINT MORRIS, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
TO GRANT IN PART AND DENY IN PART
DEFENDANTS' SUPPLEMENTAL MOTION FOR SUMMARY JUDGMENT**

On January 11, 2018, United States Magistrate Judge B. Janice Ellington issued her "Memorandum and Recommendation to Grant in Part and Deny in Part Defendants' Supplemental Motion for Summary Judgment" (D.E. 36). The parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's Memorandum and Recommendation. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. No objections have been filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Industries, Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Services Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's Memorandum and Recommendation (D.E. 36), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Defendants' Supplemental Motion for Summary Judgment (D.E. 28) is **GRANTED IN PART and DENIED IN PART**. The Court **DENIES** the motion with respect to Plaintiff's RLUIPA grooming policy claim. The Court **GRANTS** the motion and **DISMISSES WITH PREJUDICE** Plaintiff's RLUIPA claim seeking permission to smoke a personal prayer pipe and carry his medicine bag at all times. The Court **DENIES** the motion with respect to Plaintiff's First Amendment claims and they are **DISMISSED WITH PREJUDICE**. The Court further **DISMISSES WITH PREJUDICE** all claims against Defendant Clint Morris.

ORDERED this 12th day of February, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE